UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN

                                                                                     Case No.19-cv-80437-RLR

    Plaintiff,

vs.

PUBLIX SUPER MARKETS, INC.
A Florida Profit Corporation
d/b/a Publix

    Defendant
_____/

## DEFENDANT PUBLIX SUPER MARKETS, INC'S
## REQUEST FOR JUDICIAL NOTICE

Defendant, Publix Super Markets, Inc. ("Publix"), pursuant Federal Rule of Evidence 201(b) hereby requests that the Court take judicial notice of the following documents filed in the related case: *Association for Disabled Americans, Inc. et. al. v. Publix Super Markets, Inc.* No. 98 - 917 - RNS, ("Publix Class Action"):

| Exhibit | Doc. No. | Document |
|---|---|---|
| A | 230-1 | Consent Decree (6/29/2011) |
| B | 231 | Order Granting Motion to Modify/Extend Consent Decree (7/25/2011) |
| C | 246 | Order Granting Joint Motion to Extend Consent Decree (3/5/218) |

Dated: April 18, 2019                                         Respectfully Submitted,

                                      **K&L GATES LLP**

*/s/ Carol C. Lumpkin*
Carol C. Lumpkin,
carol.lumpkin@klgates.com
Fla. Bar. No. 797448
Stephanie N. Moot
stephanie.moot@klgates.com
Fla Bar No. 30377
Hayden P. O'Byrne
Hayden.obyrne@klgates.com
Fla. Bar. No. 60024

200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131
Phone:  (305) 539-3300
Fax: (305) 358-7095
*Attorneys for Def. Publix Supermarkets, Inc.*

### **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY, that on April 18, 2019, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                                      */s/ Hayden P. O'Byrne*
                                      Hayden P. O'Byrne